IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TREVIS TYRELL SISTRUNK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:12cv-119-WHA |
| ) | |
| JAY JONES, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #22), entered on January 13, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED.  For the reason that the Plaintiff seeks only injunctive relief, and because he has been released from the Lee County Detention Center, his claims are moot, and it is hereby ORDERED as follows:

1. This case is DISMISSED for lack of jurisdiction.

2. Costs are taxed against the Plaintiff.

3. Final Judgment will be entered accordingly.

DONE this 3rd day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE